An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEGAN O. WALSH; AND NATHANIEL M. WALSH,
Appellants,
vs.
GREEN TREE SERVICING, LLC; AND FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),
Respondents.

No. 60648

FILED

JUN 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having considered the stipulation to dismiss this appeal, we approve it, and we dismiss the appeal. As provided in the stipulation, the parties shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_Pickering_____, C.J.

cc:   Hon. Patrick Flanagan, District Judge
      Mark L. Mausert
      McCarthy & Holthus, LLP/Las Vegas
      McCarthy & Holthus LLP/Reno
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16828